FILED
3/29/19 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10244-TPA |
| | : | |
| Carol A. McArthur, | : | Chapter 7 |
| Debtor, | : | |
| _____: | : | Related to Docket No: 7 |
| Carol A. McArthur, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| John C. Melaragno, Esquire, | : | |
| Chapter 7 Trustee. | : | |

### ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 7 PETITION, SCHEDULES AND PROOF OF INCOME

**AND NOW** on this ___29th____ day of _____March_____, 2019, upon consideration of Debtor's Motion to Extend Deadline Regarding Completion of the Filing of Chapter 7 Petition, Schedules and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **April 7, 2019**, [10 days later] to file her Chapter 7 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.  No further extensions will be granted.

BY THE COURT,

jlm

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Carol A. McArthur
      Debtor

Case No. 19-10244-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Mar 29, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Carol A. McArthur,    12 Melody Lane,    Russell, PA 16345-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Carol A. McArthur dan@mrdebtbuster.com,
            clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          John C. Melaragno, Trustee    johnm@mplegal.com,
            jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                            TOTAL: 4