IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :    CASE NO. 19-10244-TPA
                                                 :
Carol A. McArthur,                               :    CHAPTER 7
                        Debtor                   :
                                                 :
Carol A. McArthur,                               :
                        Movant                   :

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

N/A

**Next Payment Advice Expected (post-filing):**

N/A

MCARTHUR, CAROL A.

C.B.

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    CASE NO. 19-10244-TPA
                                                    :
Carol A. McArthur,                                  :    CHAPTER 7
                          Debtor                   :
                                                    :
Carol A. McArthur,                                  :
                          Movant                   :    Filed Pursuant to Rule 1007-4

## VERIFICATION REGARDING PROOF OF INCOME

I, **Carol Ann McArthur**, hereby state as follows:

1.) I am retired therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I receive Social Security Benefits in the amount of $1379.00 per month.
3.) I was not required to file 2017 - 2018 tax returns.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

X _____
                                    Debtor

Date: January 18, 2019