**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10244-TPA |
| | : | |
| Carol A. McArthur, | : | Chapter 7 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 13 |
| Carol A. McArthur, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Quicken Loans, | : | |
| | : | |
| and | : | |
| | : | |
| John C. Melaragno, Esquire, | : | |
| Chapter 7 Trustee. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **April 28, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **May 10, 2019 at 10:00 A.M.** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: April 11, 2019

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the NOTICE OF HEARING ALONG WITH DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid or CM/ECF on the parties below*.

<u>Executed on: April 11, 2019</u>　　　　　　　　　　　*By: /s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn Schwartz, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

　　　　　　　　　　　　　　　　　　MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721
*Service via CM/ECF*

John C. Melaragno, Trustee
502 West 7th Street.
Erie, PA 16502
*Service via CM/ECF*

Carol A. McArthur
12 Melody Lane
Russell, PA 16345
*Service via US Mail – Postage PrePaid*

Quicken Loans
662 Woodward Avenue
Detroit, MI 48226
*Service via Certified Mail*