FILED
4/18/19 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | BANKRUPTCY CASE NO. 19-10244-TPA |
|---|---|---|
| Carol A. McArthur | : | CHAPTER 7 |
| Debtor, | : | |
| Carol A. McArthur | : | |
| Movant, | : | Related to Docket No(s): 13,  19 |
| vs. | : | |
| Quicken Loans, | : | |
| and | : | |
| John C. Melaragno, Esquire, | : | |
| Chapter 7 Trustee | : | |

### ORDER

**AND NOW**, this __18th__ day of _____April_____, 2019 upon consideration of the Debtor's Motion to Withdraw the *Motion to Avoid Lien with Quicken Loans and Cancel a Judgment Lien on Real Estate which Impairs Exemptions of the Debtor*, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

The *Motion to Avoid Lien with Quicken Loans and Cancel a Judgment Lien on Real Estate which Impairs Exemptions of the Debtor* at docket number 13 is withdrawn.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-10244-TPA
Carol A. McArthur                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy               Page 1 of 1              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db            +Carol A. McArthur,    12 Melody Lane,    Russell, PA 16345-4036
15011626      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Carol A. McArthur dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4