FILED
7/9/19 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carol A. McArthur<br>　　　　　　　　　Debtor(s) | |
| Quicken Loans Inc.<br>　　　　　　　　　Movant<br>　　v.<br>Carol A. McArthur<br>　　　　　　　　　Respondent(s)<br>　　　　　　and<br>John C. Melaragno, Esquire, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 19-10244 TPA<br><br>CHAPTER 7<br>Related to Docket # 25 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　　AND NOW, this 9th day of　　July　, 2019, at　　Erie,　upon Motion of Quicken Loans Inc., it is

　　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 9360 Jackson Run Road, f/k/a 7 South Main Street, Chandlers Valley, PA 16312 Sugar Grove, PA 16350 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    jlm

Carol A. McArthur
12 Melody Lane
Russell, PA 16345

Daniel P. Foster Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

John C. Melaragno, Esquire
502 West Seventh Street
Erie, PA 16502
johnm@mplegal.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 19-10244-TPA
Carol A. McArthur                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                   Page 1 of 1                  Date Rcvd: Jul 09, 2019
                           Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db              +Carol A. McArthur,    12 Melody Lane,    Russell, PA 16345-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Carol A. McArthur dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        John C. Melaragno, Trustee    johnm@mplegal.com,
         jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                      TOTAL: 4