**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carol A. McArthur** | Social Security number or ITIN **xxx–xx–1749** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **19–10244–TPA**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carol A. McArthur

9/18/19       **By the court:**  Thomas P. Agresti
                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 19-10244-TPA
Carol A. McArthur                                                       Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: admin                  Page 1 of 1                  Date Rcvd: Sep 18, 2019
                               Form ID: 318                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Carol A. McArthur,    12 Melody Lane,    Russell, PA 16345-4036
15011622       +Community Bank,    Attn: Bankruptcy Dept,    45 - 49 Court Street,    Canton, NY 13617-1179
15025515       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15011625       +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
15011626       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
15011627       +Stapleford & Byham,    Andrea Stapleford,    600 Market Street,    Warren, PA 16365-1326
15011628       +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
15011629       +Sugar Grove Area Sewer Authority,    195 Creek Road,    Sugar Grove, PA 16350-5803
15011630       +Warren General Hospital,    PO Box 68,    Warren, PA 16365-0068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: jmelaragno@iq7technology.com Sep 19 2019 03:29:24      John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA 16502-1333
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:49      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
15011617       +EDI: CAPITALONE.COM Sep 19 2019 06:48:00       Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15011618       +EDI: CAPITALONE.COM Sep 19 2019 06:48:00       Capital One/Justice,
                 Capital One Retail Srvs/Attn: Bankruptcy,     Po Box 30258,   Salt Lake City, UT 84130-0258
15011619       +EDI: CHASE.COM Sep 19 2019 06:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
15011620       +EDI: WFNNB.COM Sep 19 2019 06:48:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15011621       +EDI: WFNNB.COM Sep 19 2019 06:48:00      Comenity Bank/Maurices,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15011623       +EDI: AGFINANCE.COM Sep 19 2019 06:48:00       OneMain Financial,   Attn: Bankruptcy,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
15011624       +EDI: AGFINANCE.COM Sep 19 2019 06:48:00       OneMain Financial,   Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Carol A. McArthur dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 4
```